THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Andrew Morris, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-127
Submitted February 1, 2008  Filed
 February 20, 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM: Andrew
 Morris appeals his probation revocation, arguing the trial court erred by allowing a probation agent to present the
 States case for revoking his probation.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Morriss appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.